```
                            FILED
                    CLERK, U.S. DISTRICT COURT

                         APR 2 3 2008

                    CENTRAL DISTRICT OF CALIFORNIA
                    BY                    DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-00-91-GHK |
| Plaintiff, | ORDER OF DETENTION |
| vs. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Michael Paul Vanacek, | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _C.D. Cal._ for alleged violation(s) of the terms and conditions of his/her [probation] ([supervised release]); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _the facts set forth in the Pretrial Services Report and_

the Probation Office's Violation Report — namely the allegations in the petition for supervised release revocation that defendant absconded from supervision and and/or failed to appear.

B. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: the facts set forth in the Pretrial Services Report and Probation Office's Violation Report — namely, defendant's criminal history involving prior narcotics convictions.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 4/23/08

JENNIFER T. LUM
UNITED STATES MAGISTRATE JUDGE